JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5637FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ANGEL LUIS SIERRA-REYES, ARTURO RODRIGUEZ-REYES, and ADOLFO REYES-SOLIS. | ) | |
| Defendants. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 1

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from December 18, 2006 to March 12, 2007 at 9:00 am. The resulting period of delay from December 18, 2006, up to and including the new trial date of March 12, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than January 2, 2007.

DONE this 30th day of November, 2006.

JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Presented By:

/s/
Russell V. Leonard
Attorney for Angel Luis Sierra-Reyes

/s/
Douglas J. Hill
Assistant United States Attorney

/s/
Steven J. Krupa
Attorney for Arturo Rodriguez-Reyes

/s/
Judith M. Mandel
Attorney for Adolfo Reyes-Solis

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE     2